163 So.2d 357

**MOTORS INSURANCE CORPORATION**

v.

**MARQUETTE CASUALTY COMPANY**
**and Myrtle B. Carson.**

No. 47211.

May 4, 1964.

In re: Marquette Casualty Company and Myrtle B. Carson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Helena. 162 So.2d 47.

Writ refused. On the facts found by the Court of Appeal, there appears no error of law in its judgment.

■

163 So.2d 357

**Mrs. Sadie KNIGHT, wife of/and**
**W. K. Knight**

v.

**LOUISIANA POWER AND LIGHT**
**COMPANY.**

No. 47212.

May 4, 1964.

In re: Mrs. Sadie Knight, wife of/and W. K. Knight applying for certiorari, **or**

writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 160 So.2d 832.

Writ denied. The judgment is correct.